# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ANTONIO RAYGOZA TRUJILLO,<br><br>                         Defendant. | Case No.: 15CR3025-JLS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO RECALL BENCH WARRANT AND ORDERING DEFENDANT TO APPEAR FOR A SUPERVISED RELEASE REVOCATION HEARING ON NOVEMBER 6, 2020** |

      The Court has read and considered Defendant's Motion to Recall Warrant; Reinstate Supervised Release and Set a Hearing (ECF No. 51).  In light of the facts set forth in Defendant's motion, the ongoing COVID-19 Public Emergency and the Grade C allegations contained in the OSC Petition, the Court finds good cause to **Grant** Defendant's motion.

      IT IS HEREBY ORDERED that the Bench Warrant issued by this Court on October 15, 2020 is RECALLED.  Defendant remains subject to the conditions of supervised release previously imposed.

      IT IS FURTHER ORDERED that Defendant Trujillo shall appear before this Court on **Friday, November 6, 2020** at **10:30 a.m.** for a hearing on the petition to revoke his supervised release.  Defendant shall file an acknowledgement of this hearing within one week of this Order.

      IT IS SO ORDERED.

Dated:  October 23, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge